UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

TYSON LUCAS,

                        Plaintiff,
                                                          12 CV 3096 (CM)
            -against-

PORT AUTHORITY OF NEW YORK AND
NEW JERSEY; PORT AUTHORITY POLICE
DEPARTMENT; Police Officer WARREN
NORMAN, Shield No. 2756; Police Officer
ANTHONY YOUNG; JOHN and JANE DOES 1
through 10, individually and in their official
capacities, (the names John and Jane Doe being
fictitious, as the true names are presently unknown),

                        Defendants.
-------------------------------------------------------------------X

## NOTICE OF MOTION FOR PLAINTIFF'S MOTION *IN LIMINE*

        **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, and upon

all the prior pleadings and proceedings herein, plaintiff moves this Court, at the Courthouse located

at 500 Pearl Street, New York, New York, at a date and time to be selected by the Court, for an

order granting his motion *in limine*.  Pursuant to the Court's Individual Practices, opposition papers

are to be served by October 18, 2013.

DATED:  New York, New York
            October 11, 2013

                                        HARVIS WRIGHT & FETT LLP
                                        305 Broadway, 14th Floor
                                        New York, New York 10007
                                        (212) 323-6880

                                        By:_____
                                              Gabriel P. Harvis

To:    Karla Daniella Denalli, Esq.
         The Port Authority of New York and New Jersey
         225 Park Avenue South - 14th Floor
         New York, NY 10003
         (212)-435-3436
         Fax: (212)-435-3834
         Email: kdenalli@panynj.gov