UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
TYSON LUCAS,

                        Plaintiff,

                       -against-

PORT AUTHORITY OF NEW YORK AND NEW JERSEY; PORT AUTHORITY POLICE DEPARTMENT; Police Officer WARREN NORMAN, Shield No. 2756; Police Officer ANTHONY YOUNG; JOHN and JANE DOES 1 through 10, individually and in their official capacities, (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                       Defendants.
------------------------------------------------------------------------x

**DECLARATION OF KARLA DENALLI IN OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

12 CV 3096
(CM)

      **KARLA DENALLI**, an attorney duly admitted to practice law in the State of New York and before this Court, declares under penalty of perjury, and pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge:

      1.     I am an attorney in the office of James M. Begley, attorney for The Port Authority of New York and New Jersey, Police Officer Warren Norman and Police Officer Anthony Young (collectively "Defendants"). I am familiar with the facts and circumstances stated herein. My familiarity is based upon the records and files for this case, prior proceedings herein and my status as the only assigned attorney. Defendants submit a true and accurate copy of the documents and items described below, in opposition to plaintiff's motion for attorney's fees and costs.

      2.     Attached as Exhibit "A" is a copy of the civil docket in this case.

      3.     Attached as Exhibit "B" is a copy of the First Amended Complaint.

      4.     Attached as Exhibit "C" are excerpts from the trial transcripts.

5. Attached as Exhibit "D" is the Judgment.

6. Attached as Exhibit "E" is a copy of the letter transmitting the judgment check.

7. Attached as Exhibit "F" is a copy of proof of delivery of the judgment check.

8. Attached as Exhibit "G" is a copy of the Satisfaction of Judgment and letter transmitting it.

9. Attached as Exhibit "H" is a copy of the Invoice Plaintiff provided to Defendants on November 20, 2013.

Dated: New York, New York
January 20, 2014

                JAMES M. BEGLEY, ESQ.
                *Attorney for Defendants*
                The Port Authority of New York and New Jersey,
                Police Officer Warren Norman and Police Officer
                Anthony Young

            By: */s Karla Denalli*
                Karla Denalli, Esq. (KD-8253)
                225 Park Avenue South, 13th Floor
                New York, New York 10003
                (212) 435-3436